



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement
### ORDER OF SUPERVISION (Continuation Page)

- **Alien's Name:** Le, Hieu
- **File Number:** 025 192 125
- **Date:** 8-9-2013
- **Alien's Signature:**
- **Alien's Telephone Number (if applicable):** Cell # 781 558 8205
- **Alien's Address:** *copy to subject

(handwritten top right: 11/25, 781 558 7269)

### PERSONAL REPORT RECORD

| Date | Officer | Comment/Changes |
|---|---|---|
| 8-9-2013 | Sapia | next report in date is 12-3-2013 |
| 12/12/13 | Meyer | reported. Next report 6/4/14 1000AM Total # sub in Detar/milit/LPR… See C.Com |
| 12/18/14 | Thomas | Next 9/18/14 @ ... w/ paperwork |
| 9/18/14 | Sapia | Next Jan 9, 2015 - 10AM |
| 1/9/15 | Thomas | Next Jan 11, 2016 @ 10AM |
| 11-30-15 | | Next 11-30-16 @ 8AM |
| 11-30-16 | Shepherd | Next 11-30-17 8AM |
| 11-30-17 | MP | Report May 25, 2018 9am |
| 5/25/18 | ONY | Report May 24, 2019 8am |
| 5/24/19 | ML | Report May 26, 2020 @ 0800 |
| 11/28/22 | Anter | NLO 11/28/24 |

**Signature:** Franco …   **Title:** …

Page __ of 4

ICE Form I-220B (08/10)