UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**Hieu Van Le**
     **V.**

                 **CIVIL ACTION NO. 1:26-cv-10112-MJJ**

**Noem et al**

<u>**ORDER OF DISMISSAL**</u>

**JOUN, D.J.**

In accordance with the Court's Order dated February 23, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

April 16, 2026

/s/ Sophie Phillips
--------------------------
**Deputy Clerk**